## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**JAMES TROIANO,** :

      **Petitioner** :

            **CIVIL ACTION NO. 3:14-1622**

  **v.** :

            **(Judge Mannion)**

**DONNA ZICKERFOOSE,** :
**Warden**

      **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.


                      s/ *Malachy E. Mannion*
                      **MALACHY E. MANNION**
                      **United States District Judge**

**Dated:    October 17, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1622-01-ORDER.wpd